## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dorothy Ann Steinmetz<br>         Harold Walter Steinmetz aka<br>Harold Steinmetz<br>                    Debtors | CHAPTER 7<br><br>BKY. NO. 16-17649 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, and index same on the master mailing list.

Re: Loan # Ending In: 4284

                                        Respectfully submitted,

                                        **/s/Denise Carlon, Esquire**
                                        Denise Carlon, Esquire
                                        Thomas Puleo, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322  FAX (215) 627-7734