United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17649-ref
Harold Walter Steinmetz                                               Chapter 7
Dorothy Ann Steinmetz
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin          Page 1 of 1                    Date Rcvd: Feb 03, 2017
                             Form ID: 318          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
db/jdb        +Harold Walter Steinmetz,    Dorothy Ann Steinmetz,   518 McKinley Avenue,
               Roseto, PA 18013-1240
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13816578      +Boscov's,   PO Box 659622,   San Antonio, TX 78265-9622
13816580      +Chase,   P.O. Box 78420,   Phoenix, AZ 85062-8420
13816581      +Chase Cardmember Services,   PO Box 1423,   Charlotte, NC 28201-1423
13816584      +Citicens Bank Card Services,   PO Box 7092,   Bridgeport, CT 06601-7092
13816586      +Citizens Bank Card Services,   PO Box 42010,   Providence, RI 02940-2010
13816587      +Discover,   PO Box 742655,   Cincinnati, OH 45274-2655
13816588       FMA Alliance. Ltd.,   PO Box Cutten Road,   Houston, TX 77066

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Feb 04 2017 03:43:50    Dun & Bradstreet, INC,
               3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 04 2017 03:43:06
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 04 2017 03:44:00     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13816579       EDI: CAPITALONE.COM Feb 04 2017 03:13:00     Capital One,   PO Box 71083,
               Charlotte, NC 28272-1083
13816589      +EDI: RMSC.COM Feb 04 2017 03:13:00     JC Penney,   PO Box 960090,   Orlando, FL 32896-0090
13816590       EDI: RMSC.COM Feb 04 2017 03:13:00     Sam's Club,   PO Box 960013,   Orlando, FL 32896-0013
13821450       EDI: BECKLEE.COM Feb 04 2017 03:13:00     State Farm Bank,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern  PA 19355-0701
13816591      +EDI: STFMFC.COM Feb 04 2017 03:13:00     State Farm Bank,   PO Box 23025,
               Columbus, GA 31902-3025
13816592       EDI: RMSC.COM Feb 04 2017 03:13:00     Walmart/Synchrony Bank,   PO Box 530927,
               Atlanta, GA 30353-0927
                                                                                        TOTAL: 9

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          JOHN  MOLNAR   on behalf of Joint Debtor Dorothy Ann Steinmetz molnar@ptd.net,
           G25801@notify.cincompass.com
          JOHN  MOLNAR   on behalf of Debtor Harold Walter Steinmetz molnar@ptd.net,
           G25801@notify.cincompass.com
          MICHAEL H KALINER   mhkaliner@gmail.com,  pa35@ecfcbis.com
          MICHAEL H KALINER   on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,  pa35@ecfcbis.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Harold Walter Steinmetz** | Social Security number or ITIN   **xxx–xx–0392** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Dorothy Ann Steinmetz** | Social Security number or ITIN   **xxx–xx–6311** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **16–17649–ref**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Harold Walter Steinmetz
aka Harold Steinmetz

Dorothy Ann Steinmetz

2/2/17

**By the court:**   <u>Richard E. Fehling</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---